IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF:           :        MISCELLANEOUS
                            :
LARRY CHARLES               :        NO. 07-mc-_____

## MEMORANDUM AND ORDER

Attorney Larry Charles, a member of the bar of this court, allegedly committed two separate and distinct disciplinary violations in this court. This Memorandum and Order will deal with Charles' failure to disclose his past criminal and disciplinary history when he applied for first-time admission to the bar of this court on December 17, 1999, and will deal with reports of an alleged sex crime allegedly committed by Charles on January 15, 2007.

Attorney Larry Charles was admitted to the practice of law in the state of Pennsylvania on December 5, 1986. Charles pleaded "no contest" to charges of theft in a court of the state of Pennsylvania on May 21, 1991, and was sentenced to two years of non-reporting probation. Charles was subsequently suspended from the practice of law by the Supreme Court of Pennsylvania on July 1, 1993, for a period of eighteen (18) months, retroactive to May 21, 1991.

Charles was readmitted to the practice of law in the state of Pennsylvania by the Supreme Court of Pennsylvania on March 1, 1996.

On December 17, 1999, Charles moved for first-time admission to the bar of the United States District Court for the Eastern District of Pennsylvania. In direct contravention of the specific requirements of Local Rule of Civil Procedure 83.5(f), Charles did not inform this court when he applied for first-time admission on December 17, 1999, of his past criminal and disciplinary history; accordingly, Charles' motion of December 17, 1999, was approved by this court on that date, and Charles became a member of the bar of this court.

During the business week commencing on January 16, 2007, this court became aware for the first time of Charles' previously cited criminal and disciplinary history, which pre-dates his admission before this court, and which Charles did not disclose to this court on December 17, 1999.

Accordingly, this 29th day of January, 2007, it is hereby

**ORDERED** that Charles file with this court, within thirty (30) days from the date of service of this Order, an answer showing cause, if any, why Respondent's admission to the bar of this court on December 17, 1999 should not be revoked pursuant to Rule 83.6 Rule V.

**FOR THE COURT:**

<u>/s/ Harvey Bartle III</u>
**HARVEY BARTLE III**
**Chief Judge**